UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | No. C6- 1601- CBS |
| v. | ) | |
| | ) | |
| HECTOR JIMINEZ, and | ) | |
| RYAN REYES, | ) | |
| Defendants. | ) | |

**AFFIDAVIT IN SUPPORT OF RULE 5(c)(3) PROCEEDING**

I, Special Agent John Daly of the U.S. Drug Enforcement Administration, do hereby make oath before the Honorable Charles B. Swartwood, III, Chief United States Magistrate Judge for the District of Massachusetts, that upon knowledge coming to me in connection with my official duties and as part of the official records of my office, I am advised that there are presently outstanding warrants of arrest for one Hector Jiminez and one Ryan Reyes on an indictment filed in the District of Maine charging the defendants with conspiracy to distribute and possess with intent to distribute controlled substances in violation of 21 U.S.C. § 841 and § 846, and other offenses, and I do hereby make oath that these warrants of arrest are outstanding in said District on the basis of the information set out above.  A copy of said warrants are attached.

John Daly
Special Agent, U.S. Drug Enforcement
Administration

Subscribed and sworn to before me this 12th day of January, 2006.

CHARLES B. SWARTWOOD, III
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

Dec 22  7 01 PM '05

UNITED STATES OF AMERICA

v.                                                      WARRANT OF ARREST

HECTOR JIMINEZ

CASE NUMBER: 05-105-P-H

TO:   The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest HECTOR JIMINEZ and bring him or her

forthwith to the nearest magistrate to answer an Indictment charging him or her with:

Count One:  conspiracy to distribute and possession with intent to distribute: a substance
or mixture containing cocaine base; a substance or mixture containing marijuana; and five
kilograms or more of a mixture or substance containing cocaine, in violation of Title 21
United States Code, Section(s) 846 and 841(a)(1) and Title 18 United States Code 2,

Count Four:  possession with intent to distribute a mixture or substance containing cocaine,
and aiding and abetting such conduct.

Susan M. Durst                                   Deputy Clerk
Name of Issuing Officer                          Title of Issuing Officer

Signature of Issuing Officer

December 21, 2005 at Portland, ME
Date and Location

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

UNITED STATES OF AMERICA

v.

RYAN REYES

WARRANT OF ARREST

CASE NUMBER: 05-105-P-H

TO:   The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest RYAN REYES and bring him or her forthwith

to the nearest magistrate to answer an Indictment charging him or her with:

Count One:  conspiracy to distribute and possession with intent to distribute: a substance or mixture containing cocaine base; a substance or mixture containing marijuana; and five kilograms or more of a mixture or substance containing cocaine, in violation of Title 21 United States Code, Section(s) 846 and 841(a)(1) and Title 18 United States Code 2.

Count Two:  distribution of a mixture or substance containing cocaine, and aiding and abetting such conduct in violation of Title 21 United States Code, Section 841(a)(1) and Title 18 United States Code, Section 2, and

Count Three:  possession with intent to distribute a mixture or substance containing cocaine and aiding and abetting such conduct in violation of Title 21 United States Code, Section 841(a)(1) and Title 18 United States Code Section 2

Susan M. Durst
Name of Issuing Officer

Deputy Clerk
Title of Issuing Officer

Signature of Issuing Officer

December 21, 2005 at Portland, ME
Date and Location

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |